# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS

MAY 2 8 2002

_Amarillo_ Division

## PETITION FOR A WRIT OF HABEAS CORPUS BY A
## PERSON IN STATE CUSTODY

_Eddie Alberto Castillo, Jr._

**PETITIONER**
(Full name of Petitioner)

_Alan B. Polunsky_

**CURRENT PLACE OF CONFINEMENT**

# 769755

**PRISONER ID NUMBER**

VS.

_Janie Cockrell_

**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of petitioner)

## 2-02CV-0149J
**CASE NUMBER**
(Supplied by the Clerk of the District Court)

---

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3.  When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4.  If you do not have the necessary filing fee, you may ask permission to proceed _in forma pauperis_. To proceed _in forma pauperis_, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified _In Forma Pauperis_ Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6. Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7. When you have finished filling out the petition, mail the original and two copies to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8. Petitions that do not meet these instructions may be returned to you.

---

## PETITION

**What are you challenging?**  (Check only one)

■ A judgment of conviction or sentence, probation or deferred-adjudication probation    (Answer Questions 1-4, 5-12 & 20-23)

☐ A parole revocation proceeding.    (Answer Questions 1-4, 13-14, & 20-23)

☐ A disciplinary proceeding.    (Answer Questions 1-4, 15-19 & 20-23)

**All petitioners must answer questions 1-4:**

1. Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack:
   *108TH DISTRICT COURT, POTTER COUNTY, TEXAS*

2. Date of judgment of conviction: *NOVEMBER 21, 1996*

3. Length of sentence: *99 YEARS*

4. Nature of offense and docket number (if known): *MURDER*

---

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)

   ■ Not Guilty    ☐ Guilty    ☐ Nolo contendere

6. Kind of trial: (Check one)    ■ Jury    ☐ Judge Only

- 2 -    CONTINUED ON NEXT PAGE

7.  Did you testify at the trial?  ☐ Yes    ■ No

8.  Did you appeal the judgment of conviction?    ■ Yes    ☐ No

9.  If you did appeal, in what appellate court did you file your direct appeal?

_7TH Court Of Appeal_ Cause Number (if known) _____

What was the result of your direct appeal (affirmed, modified or reversed): _AFFIRMED_

What was the date of that decision? _Unknown To Petitioner_

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Result: _Refused As Untimely Filed_

Date of result: _Unknown_ Cause Number (if known): _____

If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

Result: _____

Date of result: _____

10.  Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

■ Yes    ☐ No

11.  If your answer to 10 is "Yes," give the following information:

Name of court: _108TH District Court Of Potter County_

Nature of proceeding: _Post Conviction Writ Of Habeas Corpus_

Cause number (if known): _Unknown_

Date (month, day and year) you _filed_ the petition, application or motion as shown by a file-stamped date from the particular court.
_September 10th, 1999 (Approx)_

Grounds raised: _Trial Court Committed Reversible Error In Refusing To Submit Proper Jury Instruction. 5- Points_

- 3 -    CONTINUED ON NEXT PAGE

<u>Date</u> of final decision: _12/22/99 (NOT LEARNED UNTIL July 2001),

Name of court that issued the final decision: Court Of Criminal Appeals

As to any <u>*second*</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

_____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.

_____

Grounds raised: _____

_____

_____

<u>Date</u> of final decision: _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?

☐ Yes    ■ No

(a)    If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:

_____

_____

(b)    Give the date and length of the sentence to be served in the future: _____

_____

(c)    Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

☐ Yes    ☐ No

- 4 -

CONTINUED ON NEXT PAGE

**Parole Revocation:**

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

        ☐    Yes            ☐    No

        If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?      ☐ Yes    ☐ No

16.    Are you eligible for mandatory supervised release?      ☐ Yes    ☐ No

17.    Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

        _____

        Disciplinary case number: _____

18.    Date you were found guilty of the disciplinary violation: _____

        Did you lose previously earned good-time credits?      ☐ Yes    ☐ No

        Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

        _____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

        ☐    Yes            ☐    No

        If your answer to Question 19 is "yes," answer the following:

        Step 1 Result: _____

        _____

        Date of Result: _____

        Step 2 Result: _____

        _____

        CONTINUED ON NEXT PAGE

Date of Result: _____

**All applicants must answer the remaining questions:**

20.  State clearly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

**CAUTION:**
Exhaustion of State Remedies: You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
Subsequent Petitions: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your belief that you are being held unlawfully.

DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a)  Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by the use of a coerced confession.

(c)  Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d)  Conviction obtained by the use of evidence obtained from an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant.

(g)  Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h)  Conviction obtained by a violation of the protection against double jeopardy.

(i)  Denial of effective assistance of counsel.

(j)  Denial of the right to appeal.

(k)  Violation of my right to due process in a disciplinary action taken by prison officials.

-6-

CONTINUED ON NEXT PAGE

A.   **GROUND ONE:** THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN REFUSING TO SUBMIT A PROPER INSTRUCTION WITHIN THE GUILT-INNOCENCE CHARGE ON THE LESSER INCLUDED OFFENSE OF INVOLUNTARY MANSLAUGHTER

Supporting FACTS (tell your story briefly without citing cases or law):

THE BULK OF APPELLANT'S DEFENSIVE EVIDENCE, INTRODUCED THROUGH HIS FIRST VOLUNTARY STATEMENT, COMPRISED ACCIDENT. NEVERTHELESS, THE SECOND STATEMENT RAISED THE ISSUE OF REQUIRED CONSCIOUS DISREGARD OF RISK WHICH ULTIMATELY CONTRIBUTED TO THE CHILDS DEATH. HAD THE JURY BEEN PROPERLY INSTRUCTED PURSUANT TO THE INSTRUCTIONS TENDERED BY APPELLANT, IT IS PERMISSIBLE TO CONCLUDE THAT A JURY MIGHT HAVE EXONERATED APPELLANT OF INTENTIONALLY OR KNOWINGLY CAUSING THE RESULT OF DEATH YET CONVICTED APPELLANT OF INVOLUNTARY MANSLAUGHTER SINCE HE, BY HIS OWN ADMISSION, DISREGARDED THE VERY REAL RISK CREATED BY HIS SHAKING OF THE CHILD.

B.   **GROUND TWO:** THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN REFUSING TO SUBMIT A PROPER INSTRUCTION WITHIN THE GUILT-INNOCENCE CHARGE ON THE LESSER INCLUDED OFFENSE OF CRIMINALLY NEGLIGENT HOMICIDE.

Supporting FACTS (tell your story briefly without citing cases or law):

THERE EXISTED THE NECESSARY QUANTUM OF EVIDENCE UNDERLYING CONSCIOUS RISK TAKING AND FAILURE TO PERCEIVE THE RISK OF INATTENTIVENESS TO THE CHILDS CONDITION SO AS TO SUPPORT THE SUBMISSION OF INSTRUCTION ON THE LESSER INCLUDED OFFENSES OF INVOLUNTARY MANSLAUGHTER AND CRIMINALLY NEGLIGENT HOMICIDE. BECAUSE APPELLANT SUFFERED SOME HARM AS A RESULT OF THE TRIAL COURTS REFUSAL TO SO INSTRUCT, HARM IS PRESUMED AND REVERSIBLE ERROR DID OCCUR. BASED THE RATIONALE UNDERLYING POINTS OF ERROR ONE AND TWO, THIS CASE SHOULD BE REVERSED AND REMANDED FOR WHOLE NEW TRIAL ON THE MERITS.

C.   **GROUND THREE:** THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN OVERRULING APPELLANTS OBJECTION TO THE PROSECUTOR'S INDIRECT COMMENT ON THE APPELLANTS FAILURE TO TESTIFY UTTERED DURING SUMMATION AT THE GUILT-INNOCENCE PHASE OF THE TRIAL.

Supporting FACTS (tell your story briefly without citing cases or law):

IT IS BASIC, FUNDAMENTAL RULE OF LAW IN THIS STATE THAT THE FAILURE OF AN ACCUSED TO TESTIFY MAY NOT BE THE SUBJECT OF A COMMENT BY THE PROSECUTION. A COMMENT AS SUCH IS IN DIRECT CONTRAVENTION OF THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION, ARTICLE I, § 9 § 10 OF THE TEXAS CONSTITUTION AND IN EXPRESS VIOLATION OF ARTICLE 38.08 CODE OF CRIMINAL PROCEDURE. A BLANKET PROHIBITION APPLIES TO COMMENTS ON A DEFENDANTS FAILURE TO TESTIFY.

-7-

CONTINUED ON NEXT PAGE

D.    GROUND FOUR: *THE TRIAL COURT COMMITTED REVERSIBLE ERROR BY ERRONEOUSLY ALLOWING THE GRAND JURY FOREMAN TO TESTIFY IN VIOLATION OF "THE RULE" TEXAS RULES CRIMINAL EVIDENCE 613-*

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):
*JURY FOREMAN WAS PRESENT IN COURT DURING TRIAL PROCEEDING AND THEN CALLED TO TESTIFY IN VIOLATION OF TEXAS RULES CRIMINAL EVIDENCE 613, THE PURPOSE OF THE RULE IS TO PREVENT THE TESTIMONY OF ONE WITNESS FROM INFLUENCING THE TESTIMONY OF ANOTHER, THIS RULE DISREGARDED WAS ERROR FOR REVERSE AND REMAND FOR A NEW TRIAL.*

*★ GROUND FIVE ★ —— NEXT PAGE ——→*
*★ GROUND SIX ↓ —— NEXT PAGE ——→*

21.    Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

■    Yes          □    No

If your answer is "yes," give the date on which <u>each</u> petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

*MARCH 15TH, 1999    2:99-CV-0093*
*DISMISSED WITHOUT PREJUDICE*

22.    Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

□    Yes          ■    No

If your answer is "yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

-8-

CONTINUED ON NEXT PAGE

## GROUND FIVE

THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN PERMITTING THE PROSECUTOR, OVER PROPER OBJECTION, TO IDENTIFY HIMSELF BEFORE THE JURY AT THE PUNISHMENT PHASE OF THE TRIAL AS REPRESENTING THE VICTIM

### SUPPORTING FACTS

IT IS ERROR FOR A PROSECUTING ATTORNEY TO REPRESENT TO A JURY PANEL, EITHER AT VOIR DIRE OR AT TRIAL, THAT HE OR SHE REPRESENTS THE VICTIM PERSONNALLY OR THAT OF THE VICTIMS FAMILY. THAT IS THE LAW (CASE LAW) OF TEXAS, YET THIS CONVICTION WAS AFFIRMED. THIS CASE SHOULD BE REVERSED AND REMANDED FOR A NEW TRIAL ON PUNISHMENT.

## GROUND SIX

DID THE COURT OF APPEALS ERROR IN AFFIRMING APPLICANTS POINTS OF ERROR ONE AND TWO, WHEREBY APPLICANT ALLEGED THAT THE TRIAL COURT ERRED IN REFUSING TO INSTRUCT THE JURY ON THE LESSER INCLUDED OFFENSES OF INVOLUNTARY MANSLAUGHTER AND CRIMINALLY NEGLIGENT HOMICIDE?

### SUPPORTING FACTS

IT IS WELL SETTLED THAT IF EVIDENCE FROM ANY SOURCE RAISES THE ISSUE OF A LESSER INCLUDED OFFENSE, A REQUESTED (SUCH AS APPELLANTS) CHARGE ON THAT OFFENSE MUST BE INCLUDED IN THE COURT'S CHARGE. (SEE ATTACHED BRIEF IN SUPPORT.).

23.     Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☐     Yes          ■     No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

_____

_____


Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ~~March 28, 2002~~ 5/18/02 _____ (month, date, year).

Executed on ~~March 28, 2002~~ 5/18/02 _____ (date).

_____
Signature of Petitioner (required)


Petitioner's current address: _____

_____

_____